# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number:  2:07CR00394-01** |
| ) | |
| **Calvin OLIVER** ) | |
| ) | |

## LEGAL HISTORY:

On October 14, 1994, the above-named was sentenced in the Northern District of California to 135 months custody in the Bureau of Prisons to be followed by a term of supervised release for a period of 7 years, which commenced on December 9, 2002. Special conditions included: Drug/alcohol treatment program/testing; Community service for 560 hours; and Warrantless search. On December 9, 2002, the conditions were modified to delete the number of community service hours.

## SUMMARY OF COMPLIANCE:

On February 24, 2007, the offender was arrested for Driving Under the Influence (DUI) in Indio, California, where he had also traveled out of the district without permission. The DUI resulted in a misdemeanor conviction in State Court. The Northern District of California had jurisdiction at the time and was notified of the violation conduct. The Court approved the probation officer's plan to address the offender's non-compliance with a sanction of 40 days on home confinement with electronic monitoring.

The offender has satisfied all sanctions and conditions of supervision with the exception of the fine. He has paid a total of $2,037 toward the fine based on his ability to pay, leaving a remaining balance of $2,963. Mr. Oliver will be advised to continue making payments toward the fine and the District Clerk's Office will be advised. He has been on supervision for almost 6 years. He had been on supervision for over 4 years when he was arrested for

RE:   Calvin OLIVER
      Docket Number:   2:07CR00394-01
      **RECOMMENDATION TERMINATING**
      **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

the DUI, and aside from that incident, he has not returned to custody.  The offender spent the majority of his adult life prior to his federal sentence in and out of jail, with very short periods between arrests.  He served a substantial sentence in this case, and it appears to have had some impact on him, as he has proven in the past six years that he can live a law-abiding lifestyle.  Therefore, it is the opinion of the probation officer that Mr. Oliver has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that  in this case be terminated early.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated:   September 9, 2008
         Elk Grove, California
         WER/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

cc:   AUSA To be assigned (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35  **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.   ) | **Docket Number: 2:07CR00394-01** |
| ) | |
| **Calvin OLIVER**   ) | |
| ) | |

On December 9, 2002, the above-named was placed on supervised release for a period of 7 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated:   September 9, 2008
   Elk Grove, California
   WER/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
   **DEBORAH A. SPENCER**
   **Supervising United States Probation Officer**

3

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RE:   Calvin OLIVER**
  **Docket Number:   2:07CR00394-01**
  **ORDER TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

October 1, 2008
**Date**

  **Frank C. Damrell, Jr.**
  **United States District Judge**

WER/cj

Attachment:   Recommendation

cc:   United States Attorney's Office
  FLU Unit, AUSA's Office
  Fiscal Clerk, Clerk's Office